Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by Presidential proclamation (T. D. 51898), for imitation semiprecious stones, not faceted.

**No. 60194.**—K. Ginsburg, Inc., et al. *v.* United States, protests 287851–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 60195.**—E. Leitz, Inc. *v.* United States, protest 252921–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of printing boards and that the issue is the same in all material respects as that the subject of Abstract 59555, the claim of the plaintiff was sustained.

**No. 60196.**—W. N. Proctor Company *v.* United States, protests 195636–K, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

**No. 60197.**—R. J Saunders Co., Inc. *v.* United States, protests 239257–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

**No. 60198.**—Schneider Bros. & Co.. Inc. *v* United States, protests 255516–K and 255671–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the wooden boxes or cases are similar in all material respects to the merchandise the subject of Abstract 59812 and that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60199.**—Motoshige Shoten, Ltd. *v.* United States, petition 7150–R (Honolulu, T. H.).

Opinion by WILSON, J. The petition was dismissed.

BEFORE THE SECOND DIVISION, AUGUST 30, 1956

**No. 60200.**—W. A. Ballinger & Co. et al. *v.* United States, protests 761214–G, etc. (Portland, Oreg.).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.